**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO.: 3:23-CR-00015-BJB**

**UNITED STATES OF AMERICA, PLAINTIFF,**

**v.**

**DANIEL JOSEPH GUENTHER DEFENDANT.**

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Daniel Joseph Guenther, respectfully submits this Sentencing Memorandum. A guilty plea and sentencing are scheduled for May 12, 2023 at 2:00 pm.

**A. Charges.**

Count 1 - Attempt to Access with Intent to View Pornography [18 U.S.C. § 2252 (a)(4)(B), 18 U.S.C. § 2252(b)(2)]

**B. Plea Agreement.**

Mr. Guenther has agreed to a Plea Agreement with the United States pursuant to Rule 11(c)(1)(C). In the Plea Agreement, the United States and the Defendant agreed that at the time of sentencing they will: 1). Agree that a sentence of 10 years' imprisonment followed by a life term of Supervised Released is the appropriate disposition of this case; 2). Agree that the above-referenced sentence will run concurrently with any sentence imposed for the

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

revocation of Guenther's term of Supervised release in Criminal Action Number 3:07CR102;

**C.     Guideline Sentencing Range.**

Pursuant to the Modified Presentence Investigation Report ("PSR")[1] and the Plea Agreement, Mr. Guenther Guideline calculations are as follows:

| | |
|---|---|
| Base Offense Level USSG §2G2.2(a)(1) | 18 |
| Specific Offense Characteristics USSG §2G2.2(b)(5) | +5 |
| Specific Offense Characteristics USSG §2G2.2(b)(6) | +2 |
| Adjusted Offense Level m(Subtotal) | 25 |
| Acceptance of Responsibility USSG §3E1.1(b) | -1 |
| Total Offense Level | 22 |
| Criminal History Category | III |
| Guideline Range | 51 to 63 months (Zone D) |

**D.     Defendant's Background.**

Mr. Guenther was born on September 25, 1964 (58) in Louisville, Kentucky. He has 3 siblings and his parents live in Lutz, Como Beach Florida. Mr. Guenther grew up with his family on a 15-acre farm in Campbellsburg, Kentucky owned by his parents. In the present, this farm is being run by 2 of the defendant's siblings. They had horses, ducks, chickens, dogs, and cats.

Mr. Guenther described his childhood as "rough." He indicated his father was physically and mentally abusive toward him. For example, he reported that his father threw

---

[1] The defense has no objections to the PSR.

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

dirt clods at him and hit him with his hand/fist and belts starting when he was 6 years of age. Also, his father always told him he was "no good." Mr. Guenther indicated he was loved and taken care of by his mother.

However, Mr. Guenther was also sexually abuse by an uncle beginning when he was 4 years old and continuing until he was 10 years old. He recalled his uncle tried to get him to abuse his infant sister. Mr. Guenther told his mother about this abuse, and she responded by taking him to a treatment provider. When he was approximately 8 years old, Mr. Guenther was also sexually abused by a babysitter. This occurred approximately 3 times.

Mr. Guenther reported that his pregnant girlfriend was murdered in 1988 in Augusta, Georgia. The loss of his girlfriend and unborn child was particularly traumatic to Mr. Guenther, and he has never fully recovered from this tragedy.

Mr. Guenther married Connie Cason on August 14, 2004, in Louisville, Kentucky. They separated in early 2006. The defendant advised they agreed to pursue divorce proceedings; however, the defendant has never received official paperwork. No children were born to their marital union. However, Ms. Cason has a child from a previous relationship.

Mr. Guenther reported a history of depression and several suicide attempts including hospitalization due to such attempts. He also reported the use of marijuana as a teen and being a heavy drinker for few years in the past. Mr. Guenther did not perform well in school but managed to earned his GED diploma in 2012 while in federal Custody.

**F. Requested Sentence.**

As noted above, Mr. Guenther's 10 year mandatory minimum far exceed his Guideline

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

Range. As such, the defense asks the Court to follow the terms of the Plea Agreement.

**WHEREFORE,** the defense respectfully submits this sentencing memorandum.

Respectfully submitted,

/s/ Patrick J. Bouldin

Assistant Federal Defender

200 Theatre Building

629 Fourth Avenue

Louisville, Kentucky 40202

(502) 584-0525

Counsel for Defendant.

**CERTIFICATE**

I certify that a copy of the foregoing motion was served on the attorneys of record on this case on this May 4, 2023.

/s/ Patrick J. Bouldin

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, Daniel Joseph Guenther, respectfully submits this Sentencing Memorandum. A guilty plea and sentencing are scheduled for May 12, 2023 at 2:00 pm.

**A. Charges.**

Count 1 - Attempt to Access with Intent to View Pornography [18 U.S.C. § 2252 (a)(4)(B), 18 U.S.C. § 2252(b)(2)]

**B. Plea Agreement.**

Mr. Guenther has agreed to a Plea Agreement with the United States pursuant to Rule 11(c)(1)(C). In the Plea Agreement, the United States and the Defendant agreed that at the time of sentencing they will: 1). Agree that a sentence of 10 years' imprisonment followed by a life term of Supervised Released is the appropriate disposition of this case; 2). Agree that the above-referenced sentence will run concurrently with any sentence imposed for the

Pursuant to the Modified Presentence Investigation Report ("PSR")[1] and the Plea Agreement, ...

| | | |
|---|---|---|
| Base Offense Level | USSG §2G2.2(a)(1) | 18 |
| Specific Offense Characteristic | USSG §2G2.2(b)(... ) | +5 |
| Specific Offense Characteristic | USSG §2G2.2(b)(6) | +2 |
| Adjusted Offense Level (Subtotal) | | 25 |
| Acceptance of Responsibility | USSG §3E1.1 | -3 |
| Total Offense Level | | 22 |
| Criminal History Category | | III |
| Guideline Range | 51-63 months (Zone D) | |

**D. Defendant's Background.**

Mr. Guenther was born September 25, 1964 (58) in Louisville, Kentucky. ...

... Mr. Guenther indicated he was loved and taken care of by his mother.

However, Mr. Guenther was also sexually abused ... beginning when he was 4 years old and continuing until he was 12 years old ... uncle tried to get him to abuse his infant sister. ... taking him to a treatment provider. When he was approximately 8 years old, Mr. Guenther was also sexually abused by a babysitter. This occurred approximately 3 times.

... in Augusta, Georgia. ... his girlfriend and unborn child was particularly traumatic to Mr. Guenther, and he has never fully recovered from this tragedy.

Mr. Guenther married Connie Cason on August 16, 2004, in Louisville, Kentucky. They separated in 2006. The defendant advised they agreed to pursue divorce proceedings, however, the defendant has never received official paperwork. ...

Mr. Guenther reported a history of depression and several suicide attempts ...

... the past. Mr. Guenther did not perform well in school but managed to earn his GED diploma in 2012 while in federal custody.

... Mr. Guenther indicated his father was physically and mentally abusive toward him. For example, he reported that his father threw

**E. Requested Sentence.**

As noted above, Mr. Guenther's 10 year mandatory minimum far exceed his Guideline

**CERTIFICATE**

/s/ Patrick J. Bouldin

Patrick J. Bouldin

629 Fourth Avenue

(502) 584-0525

Counsel for Defendant

[1] The defense has no objections to the PSR.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808